# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jordan, Kent A. | Third Circuit Court of Appeals | 05/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

844 N. King Street
Unit 10
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member and Vice President | American Inns of Court |
| 2. | Board Member and Secretary | Ministry of Caring |
| 3. | Board Member | Sacred Heart Village |
| 4. | Board Member | The Sedona Conference Judicial Advisory Board |
| 5. | Adjunct Professor | University of Pennsylvania School of Law |
| 6. | Adjunct Professor | Vanderbilt University Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Vanderbilt University - teaching | $18,440.00 |
| 2. 2019 | University of Pennsylvania Law School - teaching | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Inns of Court | 1/8/19 | Alexandria, VA | meeting | travel and food |
| 2. | The Naples Roundtable | 2/17-19/19 | Naples, FL | panelist | travel, food and lodging |
| 3. | Penn Federalist Society | 2/12/19 | Philadelphia, PA | speaker | travel |
| 4. | Georgetown Federalist Society | 3/5/19 | Washington, DC | speaker | travel and food |
| 5. | University of Pennsylvania Law School | 3/13/19 | Philadelphia, PA | speaker | parking |
| 6. | Penn State Federalist Society | 3/15/20 | Happy Valley, PA | speaker | travel and food |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jordan, Kent A. | 05/13/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Vanderbilt University Law School | 3/24-30/19 | Nashville, TN | teach | travel, food and lodging |
| 8. | University of California at Berkley | 4/11-13/29 | San Francisco, CA | panelist | travel, food and lodging |
| 9. | American Inns of Court | 4/21-22/19 | Washington, DC | meeting | travel, food and lodging |
| 10. | Lawyers for Civil Justice | 5/2-3/19 | Washington, DC | panelist | travel, food & lodging |
| 11. | American Inns of Court | 5/17-19/19 | Austin, TX | Spring Board meeting | travel, food & lodging |
| 12. | Vanderbilt University | 8/25-27/19 | Nashville, TN | panelist | travel, food & lodging |
| 13. | Vanderbilt University Law School | 9/15-21/19 | Nashville, TN | teach | travel, food & lodging |
| 14. | American Inns of Court | 9/28 - 10/6/19 | London, England | Amity visit | travel, food & lodging |
| 15. | American Inns of Court | 10/25-26/19 | Washington, DC | Fall Board meeting | travel, food & lodging |
| 16. | UCL/University of Tokyo | 11/5-10/19 | Tokyo, Japan | panelist at IP conference | travel, food & lodging |
| 17. | The Sedona Conference | 11/18-21/19 | Kildare County, Ireland | conference panelist | travel, food & lodging |
| 18. | New York University | 12/5/19 | New York, NY | NYU/Cravath IP Conf. panelist | travel, food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jordan, Kent A.** | 05/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | New York Intellectual Property Law Assn. | travel, food and lodging for attendance at Annual Gala | $1,518.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US Bank | mortgage on Rental Prop. #2 Eden, UT (Part VII. line 14) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Bank Sweep Acct | A | Interest | J | T | | | | | |
| 2. Schwab U.S. Small Cap | A | Dividend | J | T | | | | | |
| 3. Schwab Value Advantage (X) | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 4. DFA Investment Grade Port Ins | A | Dividend | K | T | | | | | |
| 5. DFA US Cor Eqty 1 Port | A | Dividend | J | T | | | | | |
| 6. DFA Int'l Value Port | A | Dividend | J | T | | | | | |
| 7. Pimco Incm | A | Dividend | K | T | | | | | |
| 8. SPDR S&P 500 ETF | A | Dividend | J | T | | | | | |
| 9. Capital One - Cash Accts | A | Interest | K | T | | | | | |
| 10. TD Bank - Cash Account | A | Interest | J | T | | | | | |
| 11. IRA #1 - Equity Trust (H) | | | | | | | | | |
| 12. Land Solutions Ptnrs East Meadows LLC | A | Interest | M | U | | | | | |
| 13. Rental Prop #1 - Midway UT (1/15/18 $215,500) | E | Rent | M | R | | | | | |
| 14. Rental Prop #2 - Eden, UT (7/5/19 $615,000) (X) | E | Rent | O | R | Buy | 07/05/19 | O | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jordan, Kent A.** | 05/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jordan, Kent A. | 05/13/2020 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Kent A. Jordan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544